UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MARTINEZ DAVILA,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

26-CV-7217 (ER)

EDGARDO RAMOS, United States District Judge:

Isaac Martinez Davila, who is proceeding *pro se* and appearing by next friend Dominick Martinez Villanueva, brings this petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Davila nor Villanueva filed an IFP application or paid the $5.00 fee.

Accordingly, within 30 days of the date of this order, Davila or Villanueva must pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 26-CV-7217 (ER). If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Davila or Villanueva fails to comply with this order within the time allowed, and does not request additional time to respond, the Court will dismiss this action.

[1] An IFP application form is attached to this order.

Because, at this time, the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Villanueva may receive court documents by email by completing the form, Consent to Electronic Service, which is also attached to this order.[2]

SO ORDERED.

Dated: August 24, 2026
New York, New York

EDGARDO RAMOS
United States District Judge

[2] For more information about consenting to electronic service, please review the court's Instructions.