UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MARTINEZ DAVILA,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

ORDER

26-CV-7217 (ER)

EDGARDO RAMOS, United States District Judge:

Isaac Martinez Davila, who is proceeding *pro se* and appearing by next friend Dominick Martinez Villanueva, brought a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on August 22, 2026. That same day, the Court ordered the Respondents to file a letter indicating, *inter alia*, (1) whether Martinez Davila was located in the Southern District of New York at the time that the petition was filed, (2) the statutory provision(s) under which the Respondents assert the authority to detain Martinez Davila, and (3) whether there is any basis to distinguish this case from the Second Circuit's decision in *Cunha v. Freden*, No. 25-3141-PR, 2026 WL 1146044 (2d Cir. Apr. 28, 2026). Doc. 4. On August 26, 2026, Respondents filed a "letter of non-opposition to the Petition and to [Martinez Davila]'s request for immediate release." Doc. 6.

Accordingly, the petition is GRANTED and the Respondents are ORDERED to immediately release Martinez Davila from custody and certify compliance with the Court's order by filing an entry on the docket no later than August 27, 2026, at 12 p.m. The Respondents are further ORDERED to not re-detain Martinez Davila absent notice and a pre-deprivation hearing.

SO ORDERED.

Dated: August 26, 2026
New York, New York

EDGARDO RAMOS
United States District Judge