**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ISAAC MARTINEZ DAVILA,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 7217 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 26, 2026, the petition is GRANTED and the Respondents are ORDERED to immediately release Martinez Davila from custody and certify compliance with the Court's order by filing an entry on the docket no later than August 27, 2026, at 12 p.m. The Respondents are further ORDERED to not re-detain Martinez Davila absent notice and a pre-deprivation hearing.

**DATED:** New York, New York
August 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**